

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-123-BLG-SPW-1 |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| vs. | |
| PEACHES JUANITA ESPINOSA and ALAN JAMES BARBER, | |
| Defendants. | |

This matter comes before the Court on the United States' Unopposed Motion for a Preliminary Order of Forfeiture (Doc. 49). Defendant Peaches Juanita Espinosa appeared before this Court on September 13, 2016, and entered a plea of guilty to the Superseding Information filed on September 12, 2016. The Defendant's plea provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. §853.

IT IS ORDERED:

THAT Defendant Peaches Juanita Espinosa's interest in the following property is forfeited to the United States, in accordance with 21 U.S.C. § 853:

- $23,774 U.S. Currency

THAT the United States Marshals Service, or its designated sub-custodian shall, prior to disposition of the asset, seize the property subject to forfeiture and further make its return to this Court as provided by law;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 881 and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 20th day of September, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE