
**FILED**

UCT - 3 2016

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-123-BLG-SPW-1 |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| PEACHES JUANITA ESPINOSA and ALAN JAMES BARBER, | |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 53) in the case of Defendant, Peaches Juanita Espinosa. For good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the case of Peaches Juanita Espinosa is **DISMISSED**.

DATED this 3rd day of October, 2016.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1